**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re:   KOKOTT, ELVIRA M.        §   Case No. 07-11282
         KOKOTT, CHRISTOPHER E.   §
                                  §
Debtor(s)                         §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>ILENE F. GOLDSTEIN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Room 710
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. **A hearing on the fee applications and any objection to the Final Report will be held at  on January 8, 2010  in Courtroom B, Park City Branch Court, 301 Greenleaf Avenue, Park City, IL 60085-5725.**  If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>11/30/2009</u>          By:   <u>/s/ILENE F. GOLDSTEIN</u>
                                              Trustee

**UST Form 101-7-NFR (9/1/2009)**

ILENE F. GOLDSTEIN
850 Central Avenue
Suite 200
Highland Park, IL  60035

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mrahmoun               Page 1 of 1           Date Rcvd: Dec 04, 2009
Case: 07-11282                Form ID: pdf006              Total Noticed: 28

The following entities were noticed by first class mail on Dec 06, 2009.
db           +Elvira M. Kokott,    433 Hillview,    Gurnee, IL 60031-5670
jdb          +Christopher E. Kokott,    33835 N. Oak Street,    Grayslake, Il 60030-1781
aty          +John E Gierum,    Gierum & Mantas,    9700 W Higgins Rd, Ste 1015,    Rosemont, IL 60018-4712
tr           +Ilene F Goldstein, ESQ,    Law Offices of Ilene F. Goldstein,    850 Central Ave,    Ste 200,
               Highland Park, IL 60035-3278
11440646     +Aurora Home Loan,    10350 Park Meadows Drive,    Littleton, CO 80124-6800
12180327     +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
14349573      CHASE BANK USA, NA,    PO BOX 15145,    WILMINGTON, DE 19850-5145
11440648     +Capital 1 Bk,    11013 W Broad St,    Glen Allen, VA 23060-5937
11440649     +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
11440650     +Chase,    Bank One Card Serv 800 Brooksedge Blv,    Westerville, OH 43081-2822
11440651     +Citibank Usa,    Po Box 6003,    Hagerstown, MD 21747-6003
11440652     +Citizens Bank,    328 S. Saginaw Street,    Flint, MI 48502-1940
12182117     +Citizens Bank,    101 N Washington,    Saginaw, MI 48607-1207
11440654     +Fifth Third,    Fifth Third Center,    Cincinnati, OH 45263-0001
12169769     +Fifth Third Bank,    Attn: Bankruptcy Department/MD#ROPS05,    1850 E Paris SE,
               Grand Rapids MI 49546-6210
11440655     +First Midwest Bank,    300 North Hunt Club Road,    Gurnee, IL 60031-2502
11440645     +Gierum & Mantas,    1030 W Higgins Road,    Suite 220,    Park Ridge, IL 60068-5761
11440644     +Kokott Christopher E,    33835 N Oak Street,    Grayslake, IL 60030-1781
11440643     +Kokott Elvira M,    433 Hillview,    Gurnee, IL 60031-5670
11440656     +Mbna America Bank,    Pob 17054,    Wilmington, DE 19884-0001
11440657     +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
11440658      Monogram Bank N America,    4060 Ogletown/stan De5-019-03-07,    Newark, DE 19713
11440659     +Peoples Engy,    130 E Randolph,    Chicago, IL 60601-6302
11440660     +Visa Credit Card Services,    225 Chastain Meadows Ct,    Kennesaw, GA 30144-5841
The following entities were noticed by electronic transmission on Dec 04, 2009.
11440647      E-mail/PDF: bankruptcynotices@bmwfs.com Dec 04 2009 23:15:00      BMW Financial,
               5515 Parkcenter Circle,    Dublin, OH 43017
11440653      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 04 2009 23:09:48      Discover,   Po Box 15316,
               Wilmington, DE 19850
12165642      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 04 2009 23:09:48
               Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany OH 43054-3025
12397510     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 04 2009 23:09:02
               FIA CARD SERVICES, N.A./BANK OF AMERICA,    by American InfoSource L.P. as its agent,
               4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 06, 2009**                    **Signature:** *Joseph Speetjens*