# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | | |
|---|---|---|---|
| In re: | KOKOTT, ELVIRA M. | § | Case No. 07-11282 |
| | KOKOTT, CHRISTOPHER E. | § | |
| | | § | |
| Debtor(s) | | § | |

## AMENDED NOTICE
## OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>ILENE F. GOLDSTEIN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the Summary of Trustee's Final Report and Applications for Compensation which has been previously served upon you. This amended notice is to reset the hearing date as the time of the hearing was missing on the previous notice; all other aspects of the Final Report which you have previously received remains the same. If you need an additional copy of what was previously served on you, please contact the trustee at the below given phone number.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Room 710
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  **A hearing on the fee applications and any objection to the Final Report will be held at  on January 29, 2010 at 2:00 p.m. in Courtroom B, Park City Branch Court, 301 Greenleaf Avenue, Park City, IL 60085-5725.**  If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>01/08/2010</u>       By:   <u>/s/ILENE F. GOLDSTEIN</u>
                                                            Trustee

LENE F. GOLDSTEIN
850 Central Avenue
Suite 200
Highland Park, IL  60035
847-926-9595

**UST Form 101-7-NFR (9/1/2009)**