**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 07-11282 |
| | ) | |
| Elvira M. and Christopher Kokott | ) | Chapter 7 |
| | ) | |
| Debtors | ) | Hon. A. Benjamin Goldgar |

**NOTICE OF MAILING**

TO:   See Attached Service List

PLEASE TAKE NOTICE that on the 8th day of January, 2010, there was mailed to whom this Notice is directed an **AMENDED NOTICE
OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

, a copy of which is attached hereto.

Dated this 8th day of January10, 2010.

By:   /s/ Ilene F. Goldstein
       Ilene F. Goldstein
       Law Offices of Ilene F. Goldstein, Chartered
       850 Central Avenue, Suite 200
       Highland Park, Illinois 60035
       (847) 926-9595


**AFFIDAVIT OF SERVICE**

The undersigned being first duly sworn on oath deposes and states that she served the attached      **AMENDED NOTICE
OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR** by United States Mail, proper postage prepaid, and delivering same to the United States Post Office facility at Highland Park, Illinois before the hour of 5:00 p.m. on this 8th th day of January, 2010.

 /s/ Ilene F. Goldstein

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 07-11282<br>Northern District of Illinois<br>Chicago<br>Thu Jan 29 17:33:32 CST 2009 | Citizens Banking Corporation<br>Casale Woodward & Buls, LLP<br>9223 Broadway, Suite A<br>Merrillville, IN 46410-7017 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| Aurora Home Loan<br>10350 Park Meadows Drive<br>Littleton, CO 80124-6800 | (p)BMW FINANCIAL SERVICES<br>CUSTOMER SERVICE CENTER<br>PO BOX 3608<br>DUBLIN OH 43016-0306 | CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| Capital 1 Bk<br>11013 W Broad St<br>Glen Allen, VA 23060-5937 | Chase<br>800 Brooksedge Blvd<br>Westerville, OH 43081-2822 | Chase<br>Bank One Card Serv 800 Brooksedge Blv<br>Westerville, OH 43081-2822 |
| Citibank Usa<br>Po Box 6003<br>Hagerstown, MD 21747-6003 | Citizens Bank<br>101 N Washington<br>Saginaw, MI 48607-1207 | Citizens Bank<br>328 S. Saginaw Street<br>Flint, MI 48502-1940 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany OH 43054-3025 | FIA CARD SERVICES, N.A./BANK OF AMERICA<br>by American InfoSource L.P. as its agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| Fifth Third<br>Fifth Third Center<br>Cincinnati, OH 45263-0001 | Fifth Third Bank<br>Attn: Bankruptcy Department/MD#ROPS<br>1850 E Paris SE<br>Grand Rapids MI 49546-6210 | First Midwest Bank<br>300 North Hunt Club Road<br>Gurnee, IL 60031-2502 |
| Gierum & Mantas<br>1030 W Higgins Road<br>Suite 220<br>Park Ridge, IL 60068-5761 | Kokott Christopher E<br>33835 N Oak Street<br>Grayslake, IL 60030-1781 | Kokott Elvira M<br>433 Hillview<br>Gurnee, IL 60031-5670 |
| Mbna America Bank<br>Pob 17054<br>Wilmington, DE 19884-0001 | Mcydsnb<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | Monogram Bank N America<br>4060 Ogletown/stan De5-019-03-07<br>Newark, DE  19713 |
| Peoples Engy<br>130 E Randolph<br>Chicago, IL 60601-6302 | Visa Credit Card Services<br>225 Chastain Meadows Ct<br>Kennesaw, GA 30144-5841 | Christopher E. Kokott<br>33835 N. Oak Street<br>Grayslake, Il 60030-1781 |
| Elvira M. Kokott<br>433 Hillview<br>Gurnee, IL 60031-5670 | Ilene F Goldstein ESQ<br>Law Offices of Ilene F. Goldstein<br>850 Central Ave<br>Ste 200<br>Highland Park, IL 60035-3278 | John E Gierum<br>Gierum & Mantas<br>9700 W Higgins Rd, Ste 1015<br>Rosemont, IL 60018-4712 |

John E. Gierum
9700 West Higgins Road  #1015
Rosemont, IL 60018-4712

William T Neary
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-1702

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

BMW Financial
5515 Parkcenter Circle
Dublin, OH  43017

Discover
Po Box 15316
Wilmington, DE  19850

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)AURORA LOAN SERVICING

(u)First Midwest Bank

End of Label Matrix
Mailable recipients   31
Bypassed recipients    2
Total                 33