# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: KOKOTT, ELVIRA M. | § Case No. 07-11282 |
| KOKOTT, CHRISTOPHER E. | § |
| | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

```
Assets Abandoned: $0.00                    Assets Exempt: $56,800.00

Total Distribution to Claimants: $8,559.45    Claims Discharged
                                              Without Payment: $195,321.03

Total Expenses of Administration: $13,140.14
```

3) Total gross receipts of $ 25,059.59 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 3,360.00 (see **Exhibit 2**), yielded net receipts of $21,699.59 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $469,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 13,140.14 | 13,140.14 | 13,140.14 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 49,362.00 | 154,518.48 | 154,518.48 | 8,559.45 |
| **TOTAL DISBURSEMENTS** | $518,362.00 | $167,658.62 | $167,658.62 | $21,699.59 |

    4)  This case was originally filed under Chapter 7 on June 25, 2007.
.  The case was pending for 38 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  09/01/2010                 By:  /s/ILENE F. GOLDSTEIN
                                        Trustee


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Inheritance | 1129-000 | 24,953.85 |
| Interest Income | 1270-000 | 105.74 |
| **TOTAL GROSS RECEIPTS** | | **$25,059.59** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Kokott, Elvira M and Christopher E | Dividend paid 100.00% on $3,360.00; Claim# 10; Filed: $3,360.00; Reference: | 8100-000 | 3,360.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$3,360.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | | | |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Aurora Home Loan | 4110-000 | 406,000.00 | N/A | N/A | 0.00 |
| BMW Financial | 4110-000 | 23,000.00 | N/A | N/A | 0.00 |
| First Midwest Bank | 4110-000 | 40,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | $469,000.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILENE F. GOLDSTEIN | 2100-000 | N/A | 2,919.57 | 2,919.57 | 2,919.57 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3110-000 | N/A | 9,922.50 | 9,922.50 | 9,922.50 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3120-000 | N/A | 260.28 | 260.28 | 260.28 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 21.35 | 21.35 | 21.35 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 16.44 | 16.44 | 16.44 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 13,140.14 | 13,140.14 | 13,140.14 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

## **EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## **EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

## **EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Discover Bank/DFS Services LLC | 7100-000 | N/A | 841.94 | 841.94 | 46.65 |
| Fifth Third Bank | 7100-000 | N/A | 7,629.02 | 7,629.02 | 422.60 |
| CHASE BANK USA | 7100-000 | N/A | 5,312.87 | 5,312.87 | 294.30 |
| CHASE BANK USA | 7100-000 | N/A | 8,502.12 | 8,502.12 | 470.97 |
| CHASE BANK USA | 7100-000 | N/A | 17,105.83 | 17,105.83 | 947.57 |
| CHASE BANK USA | 7100-000 | N/A | 13,536.07 | 13,536.07 | 749.82 |
| Citizens Bank | 7100-000 | N/A | 12,428.55 | 12,428.55 | 688.47 |
| FIA CARD SERVICES, N.A./BANK OF AMERICA | 7100-000 | N/A | 40,724.98 | 40,724.98 | 2,255.93 |
| FIA CARD SERVICES, N.A./BANK OF AMERICA | 7100-000 | N/A | 48,437.10 | 48,437.10 | 2,683.14 |
| Capital 1 Bk | 7100-000 | 14,644.00 | N/A | N/A | 0.00 |
| Discover | 7100-000 | 305.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Peoples Engy | 7100-000 | 70.00 | N/A | N/A | 0.00 |
| Mcydsnb | 7100-000 | 116.00 | N/A | N/A | 0.00 |
| Citibank Usa | 7100-000 | 31,838.00 | N/A | N/A | 0.00 |
| Visa Credit Card Services | 7100-000 | 2,389.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 49,362.00 | 154,518.48 | 154,518.48 | 8,559.45 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-11282  
**Case Name:** KOKOTT, ELVIRA M.  
  KOKOTT, CHRISTOPHER E.  
**Period Ending:** 09/01/10  

**Trustee:** (330290)   ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 06/25/07 (f)  
**§341(a) Meeting Date:** 07/20/07  
**Claims Bar Date:** 07/11/08  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 10 | Inheritance | 26,000.00 | 22,640.00 | | 24,953.85 | FA |
| 11 | RESIDENCE | 505,000.00 | 29,000.00 | | 0.00 | FA |
| 12 | CASH ON HAND | 40.00 | 0.00 | | 0.00 | FA |
| 13 | BANK ACCOUNTS | 100.00 | 0.00 | | 0.00 | FA |
| 14 | WEARING APPAREL AND JEWELRY | 2,000.00 | 0.00 | | 0.00 | FA |
| 15 | INTERESTS IN INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| 16 | PENSION PLANS AND PROFIT SHARING | 12,000.00 | 0.00 | | 0.00 | FA |
| 17 | AUTOMOBILES AND OTHER VEHICLES | 8,000.00 | 2,600.00 | | 0.00 | FA |
| 18 | AUTOMOBILES AND OTHER VEHICLES | 15,000.00 | 0.00 | | 0.00 | FA |
| 19 | AUTOMOBILES AND OTHER VEHICLES | 20,000.00 | 0.00 | | 0.00 | FA |
| 20 | AUTOMOBILES AND OTHER VEHICLES (BOAT) | 23,000.00 | 0.00 | | 0.00 | FA |
| 21 | HOUSEHOLD GOODS AND FURNISHINGS | 1,500.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 105.74 | FA |
| 13 | Assets   Totals (Excluding unknown values) | **$612,640.00** | **$54,240.00** | | **$25,059.59** | **$0.00** |

**Major Activities Affecting Case Closing:**

STATUS:  THE TRUSTEE FILED HER FINAL REPORT AND IT IS UP ON THE COMPENSATION MOTIONS ON JANUARY 29, 2010.

**Initial Projected Date Of Final Report (TFR):**   March 31, 2009     **Current Projected Date Of Final Report (TFR):**   December 2, 2009  (Actual)

Printed: 09/01/2010 11:11 AM     V.12.52

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 07-11282  
**Case Name:** KOKOTT, ELVIRA M.  
KOKOTT, CHRISTOPHER E.  
**Taxpayer ID #:** **-***5917  
**Period Ending:** 09/01/10  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****43-65 - Money Market Account  
**Blanket Bond:** $3,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 09/07/07 | {10} | Christopher E. Kokott | Inheritance | 1129-000 | 24,953.85 | | 24,953.85 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.99 | | 24,961.84 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 14.66 | | 24,976.50 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 12.99 | | 24,989.49 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 12.72 | | 25,002.21 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 11.43 | | 25,013.64 |
| 02/12/08 | 1001 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2007 FOR CASE #07-11282, Bond payment | 2300-000 | | 21.35 | 24,992.29 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 5.13 | | 24,997.42 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 4.64 | | 25,002.06 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 3.48 | | 25,005.54 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.13 | | 25,008.67 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.17 | | 25,011.84 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.17 | | 25,015.01 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.97 | | 25,017.98 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.28 | | 25,021.26 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 2.72 | | 25,023.98 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.96 | | 25,025.94 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.77 | | 25,027.71 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.02 | | 25,028.73 |
| 02/20/09 | 1002 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Fees | 3110-000 | | 6,127.50 | 18,901.23 |
| 02/20/09 | 1003 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Expenses | 3120-000 | | 92.28 | 18,808.95 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.91 | | 18,809.86 |
| 03/04/09 | 1004 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/04/2009 FOR CASE #07-11282 | 2300-000 | | 16.44 | 18,793.42 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.81 | | 18,794.23 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.76 | | 18,794.99 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.74 | | 18,795.73 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.81 | | 18,796.54 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.79 | | 18,797.33 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.79 | | 18,798.12 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.76 | | 18,798.88 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.76 | | 18,799.64 |

Subtotals : $25,057.21   $6,257.57

{} Asset reference(s)

Printed: 09/01/2010 11:11 AM   V.12.52

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 07-11282 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | KOKOTT, ELVIRA M. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | KOKOTT, CHRISTOPHER E. | | Account: | ***-*****43-65 - Money Market Account |
| Taxpayer ID #: | **-***5917 | | Blanket Bond: | $3,000,000.00  (per case limit) |
| Period Ending: | 09/01/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.79 | | 18,800.43 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.79 | | 18,801.22 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.74 | | 18,801.96 |
| 01/30/10 | 1005 | ILENE F. GOLDSTEIN | Statutory fees | 2100-000 | | 2,919.57 | 15,882.39 |
| 01/30/10 | 1006 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Fees | 3110-000 | | 3,795.00 | 12,087.39 |
| 02/02/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.06 | | 12,087.45 |
| 02/02/10 | | To Account #********4366 | TRANSFER TO CHECKING | 9999-000 | | 12,087.45 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | | 25,059.59 | 25,059.59 | $0.00 |
| | Less: Bank Transfers | | 0.00 | 12,087.45 | |
| | **Subtotal** | | 25,059.59 | 12,972.14 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | **NET Receipts / Disbursements** | | **$25,059.59** | **$12,972.14** | |

{} Asset reference(s)          Printed: 09/01/2010 11:11 AM  V.12.52

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 07-11282 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | KOKOTT, ELVIRA M. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | KOKOTT, CHRISTOPHER E. | | Account: | ***-*****43-66 - Checking Account |
| Taxpayer ID #: | **-***5917 | | Blanket Bond: | $3,000,000.00   (per case limit) |
| Period Ending: | 09/01/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/02/10 | | From Account #********4365 | TRANSFER TO CHECKING | 9999-000 | 12,087.45 | | 12,087.45 |
| 02/05/10 | 101 | Kokott, Elvira M and Christopher E | Dividend paid 100.00% on $3,360.00; Claim# 10; Filed: $3,360.00; Reference: | 8100-000 | | 3,360.00 | 8,727.45 |
| 02/05/10 | 102 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $260.28, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 168.00 | 8,559.45 |
| 02/05/10 | 103 | Discover Bank/DFS Services LLC | Dividend paid  5.53% on $841.94; Claim# 1; Filed: $841.94; Reference: | 7100-000 | | 46.65 | 8,512.80 |
| 02/05/10 | 104 | Fifth Third Bank | Dividend paid  5.53% on $7,629.02; Claim# 2; Filed: $7,629.02; Reference: | 7100-000 | | 422.60 | 8,090.20 |
| 02/05/10 | 105 | CHASE BANK USA | Dividend paid  5.53% on $5,312.87; Claim# 3; Filed: $5,312.87; Reference: | 7100-000 | | 294.30 | 7,795.90 |
| 02/05/10 | 106 | CHASE BANK USA | Dividend paid  5.53% on $8,502.12; Claim# 4; Filed: $8,502.12; Reference: | 7100-000 | | 470.97 | 7,324.93 |
| 02/05/10 | 107 | CHASE BANK USA | Dividend paid  5.53% on $17,105.83; Claim# 5; Filed: $17,105.83; Reference: | 7100-000 | | 947.57 | 6,377.36 |
| 02/05/10 | 108 | CHASE BANK USA | Dividend paid  5.53% on $13,536.07; Claim# 6; Filed: $13,536.07; Reference: | 7100-000 | | 749.82 | 5,627.54 |
| 02/05/10 | 109 | Citizens Bank | Dividend paid  5.53% on $12,428.55; Claim# 7; Filed: $12,428.55; Reference: | 7100-000 | | 688.47 | 4,939.07 |
| 02/05/10 | 110 | FIA CARD SERVICES, N.A./BANK OF AMERICA | Dividend paid  5.53% on $40,724.98; Claim# 8; Filed: $40,724.98; Reference: | 7100-000 | | 2,255.93 | 2,683.14 |
| 02/05/10 | 111 | FIA CARD SERVICES, N.A./BANK OF AMERICA | Dividend paid  5.53% on $48,437.10; Claim# 9; Filed: $48,437.10; Reference: | 7100-000 | | 2,683.14 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 12,087.45 | 12,087.45 | $0.00 |
| Less: Bank Transfers | 12,087.45 | 0.00 | |
| Subtotal | 0.00 | 12,087.45 | |
| Less: Payments to Debtors | | 3,360.00 | |
| NET Receipts / Disbursements | $0.00 | $8,727.45 | |

{} Asset reference(s)                                                                                                                Printed: 09/01/2010 11:11 AM    V.12.52

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 07-11282  
**Case Name:** KOKOTT, ELVIRA M.  
KOKOTT, CHRISTOPHER E.  
**Taxpayer ID #:** **-***5917  
**Period Ending:** 09/01/10  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******43-66 - Checking Account  
**Blanket Bond:** $3,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

Net Receipts :        25,059.59  
_____  
Net Estate :         $25,059.59  

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****43-65 | 25,059.59 | 12,972.14 | 0.00 |
| Checking # ***-*****43-66 | 0.00 | 8,727.45 | 0.00 |
| Checking # 9200-******43-66 | 0.00 | 0.00 | 0.00 |
| | $25,059.59 | $21,699.59 | $0.00 |

{} Asset reference(s)                                                                                                          Printed: 09/01/2010 11:11 AM    V.12.52